## Commonwealth *v.* Garner, Appellant.

Argued September 14, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Malcolm H. Bell,* of the New York Bar, and *Edwin K. Daly, Jr.,* for appellant.

*Arlen Specter,* Assistant District Attorney, with him *Louis F. McCabe,* Assistant District Attorney, *Paul M. Chalfin,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 14, 1961:

The order of the Court of Quarter Sessions of Philadelphia County dismissing a petition to show cause why the judgment of sentence should not be vacated is affirmed on the opinion of President Judge ALESSANDRONI for the court below, reported at 26 Pa. D. & C. 2d 289.